**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Patrick D. Toole #190118
 ptoole@wjhattorneys.com
Benjamin C. West #322293
 bwest@wjhattorneys.com

Attorneys for: PCA CENTRAL CALIFORNIA CORRUGATED, LLC, also known as SACRAMENTO CONTAINER CORPORATION, erroneously sued herein as Sacramento Container Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHWARTZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO CONTAINER COMPANY and DOES 1-25,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02082-JAM-KJN<br><br>[Removal from Superior Court of California, County of Sacramento, Case No. 34-2022-00324613]<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Trial Date:　　October 7, 2024<br>Time:　　　　9:00 a.m.<br>Judge:　　　　John A. Mendez<br><br>Complaint Filed:　　August 4, 2022 |

## STIPULATION

Having met and conferred via their respective counsels of record, Plaintiff, DANIEL SCHWARTZ ("Plaintiff"), on the one hand, and Defendant, PCA CENTRAL CALIFORNIA CORRUGATED, LLC, also known as SACRAMENTO CONTAINER CORPORATION, erroneously sued herein as Sacramento Container Company ("Defendant"), on the other hand, hereby stipulate and propose that the above-entitled Court enter an Order in accordance with the following:

## RECITALS

WHEREAS, the undersigned are counsel of record for Plaintiff and Defendant (collectively, the "Parties");

WHEREAS, on or around January 17, 2023, the Honorable John A. Mendez of the above-entitled Court issued a Pre-Trial Scheduling Order which set certain dates and deadlines with respect to discovery and trial;

WHEREAS, on or around February 15, 2024, upon receipt of a signed stipulation from the Parties, the Honorable John A. Mendez of the above-entitled Court amended his Pre-Trial Scheduling Order so that the dates and deadlines with respect to discovery and trial became as follows:

| | |
|---|---|
| Expert Witness Disclosure(s) | 04-05-2024 |
| Supplemental/Rebuttal Expert Disclosure(s) | 04-19-2024 |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Discovery Cut-Off (Expert & Non-Expert) | 05-31-2024 |
| Dispositive Motion Filing Deadline | 07-26-2024 |
| Dispositive Motion Hearing Date | 09-24-2024 (1:00 p.m.) |
| Joint Pre-Trial Statement Filing Deadline | 11-14-2024 |
| Final Pre-Trial Conference | 11-22-2024 (10:00 a.m.) |
| Jury Trial (5-7 day estimate) | 01-13-2025 (9:00 a.m.) |

1     WHEREAS, the Parties are diligently pursuing written discovery and working with one another to timely complete all outstanding discovery and to-be-completed depositions;

3     WHEREAS, Plaintiff's deposition is scheduled to take place on May 8, 2024;

4     WHEREAS, the Parties still need to complete written discovery and conduct depositions of one or more parties and/or third-party witnesses;

6     WHEREAS, the Parties collectively believe that Plaintiff's deposition and all non-expert discovery needs to be completed: (i) before the Parties can fully ascertain and/or determine which expert witnesses, if any, need to be respectively retained; and (ii) before the expert opinions/reports of the Parties' respective expert witnesses, if any, can be completed and disclosed;

10     WHEREAS, the Parties need additional time to complete non-expert and expert written discovery and depositions;

12     WHEREAS, the Parties are confident that all outstanding non-expert discovery and depositions will be completed on or before May 31, 2024;

14     WHEREAS, the Parties are confident that all expert discovery and depositions will be completed on or before July 8, 2024;

16     WHEREAS, the Parties stipulate to modifying the current Discovery Cut-Off Deadline so as to reflect that all non-expert discovery is to be completed on or before the current Discovery Cut-Off Deadline of May 31, 2024 and all expert discovery is to be completed on or before July 8, 2024;

19     WHEREAS, the Parties stipulate to extending the current Expert Witness Disclosure(s) from April 5, 2024 to June 7, 2024;

21     WHEREAS, the Parties stipulate to extending the current Supplemental/Rebuttal Expert Disclosure(s) deadline from April 19, 2024 to June 21, 2024;

23     WHEREAS, the Parties are not seeking to continue the current Dispositive Motion filing deadline, Dispositive Motion hearing date, Joint Pre-Trial Statement filing deadline, Final Pre-Trial Conference hearing date, or trial dates;

26     WHEREAS, the Parties will not be prejudiced by this short extension of time;

27     WHEREAS, the Parties agree that this Stipulation may be executed in counterparts, each of which shall be deemed an original Stipulation as to the attorney that signed it, but all of which together

shall constitute one and the same instrument.

## STIPULATION

The Parties and the undersigned hereby stipulate and agree as follows:

1. The Parties' current Discovery Cut-Off Deadline shall be modified so as to reflect that all non-expert discovery is to be completed on or before the current Discovery Cut-Off Deadline of May 31, 2024 and all expert discovery is to be completed on or before July 8, 2024;

2. The Parties' current Expert Witness Disclosure(s) deadline of April 5, 2024 shall be continued to June 7, 2024;

3. The Parties' current Supplemental/Rebuttal Expert Disclosure(s) deadline of April 19, 2024 shall be continued to June 21, 2024;

4. All other discovery and trial deadlines shall remain as previously set by the above-entitled Court.

**IT IS SO STIPULATED.**

Dated: April 18, 2024                    WANGER JONES HELSLEY PC


By: /S/ Patrick D. Toole
    Patrick D. Toole
    Benjamin C. West
    Attorneys for Defendant
    PCA CENTRAL CALIFORNIA
    CORRUGATED, LLC, also known as
    SACRAMENTO CONTAINER
    CORPORATION, erroneously sued herein as
    Sacramento Container Company


Dated: April 18, 2024                    ASHTON & PRICE, LLP


By: /S/ Edward A. Schade
    Edward A. Schade
    Attorneys for Plaintiff
    DANIEL SCHWARTZ

**ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

Pursuant to the parties' stipulation and good cause appearing, the pretrial scheduling order (ECF No. 7) is **MODIFIED** as follows:

| | |
|---|---|
| Expert Witness Disclosure(s) | **06/07/2024** |
| Supplemental/Rebuttal Expert Disclosure(s) | **06/21/2024** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Discovery Cut-Off (Expert & Non-Expert) | **07/05/2024** |
| Dispositive Motion Filing Deadline | **08/30/2024** |
| Dispositive Motion Hearing Date | **11/05/2024, at 1:00 p.m.**[1] |
| Joint Pretrial Statement Filing Deadline | **01/09/2025** |
| Final Pretrial Conference | **01/17/2025, at 11:00 a.m.** |
| Jury Trial (5 to 7 days) | **03/03/2025, at 9:00 a.m.** |

All other instructions contained in the February 15, 2024 Pretrial Scheduling Order (ECF No. 7) shall remain in effect.

**IT IS SO ORDERED**.

Dated: April 22, 2024              /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. Contact the Courtroom Deputy for available dates.