**WANGER JONES HELSLEY PC**
265 East River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330

Patrick D. Toole #190118
  _ptoole@wjhattorneys.com_
Benjamin C. West #322293
  _bwest@wjhattorneys.com_

Attorneys for:    PCA CENTRAL CALIFORNIA CORRUGATED, LLC, also
                  known as SACRAMENTO CONTAINER CORPORATION,
                  erroneously sued herein as Sacramento Container Company

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHWARTZ, | Case No. 2:22-cv-02082-JAM-CSK |
| Plaintiff, | [Removal from Superior Court of California, County of Sacramento, Case No. 34-2022-00324613] |
| v. | **STIPULATION AND ORDER FOR DISMISSAL** |
| SACRAMENTO CONTAINER COMPANY, | |
| Defendant. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| | Complaint Filed:      August 4, 2022 |

1

1

2

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff, DANIEL SCHWARTZ ("Plaintiff"), on the one hand, and Defendant, PCA CENTRAL CALIFORNIA CORRUGATED, LLC, also known as SACRAMENTO CONTAINER CORPORATION, erroneously sued herein as Sacramento Container Company ("Defendant"), on the other hand, by and through their respective attorneys of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**


Dated:  July 26, 2024                WANGER JONES HELSLEY PC



By: /S/ Patrick D. Toole_____
     Patrick D. Toole
     Benjamin C. West
     Attorneys for Defendant
     PCA CENTRAL CALIFORNIA
     CORRUGATED, LLC, also known as
     SACRAMENTO CONTAINER
     CORPORATION, erroneously sued herein as
     Sacramento Container Company



Dated:  July 26, 2024                ASHTON & PRICE, LLP



By: /S/ Edward A. Schade_____
     Edward A. Schade
     Attorneys for Plaintiff
     DANIEL SCHWARTZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

**IT IS SO ORDERED**.

Dated: August 06, 2024                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL